HAMITER and McCALEB, JJ., are of the opinion that a writ should be granted limited to a consideration of quantum.

202 So.2d 649

The FIDELITY AND CASUALTY COM-
PANY OF NEW YORK

v.

Bryan CLEMMONS, Sheriff, Josh Miles
and Josie Evans Miles.

No. 48813.

Sept. 29, 1967.

Writ refused. There is no error of law in the judgment of the Court of Appeal.

202 So.2d 650

PALMER & PALMER

v.

Lenoir PORTER.

No. 48815.

Sept. 29, 1967.

The application was filed too late; hence it will not be considered. See Sec. 11 of Art. 7 of the Const. of 1921.